U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 0 3 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| LESLY JEAN JACQUES,<br>　　　Petitioner<br>VERSUS | CIVIL ACTION<br>NO. CV08-1401-A |
| WARDEN, LASALLE DETENTION<br>CENTER, et al.,<br>　　　Respondent | JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Respondents' motion to dismiss (Doc. 23) is GRANTED and that Jacques' habeas petition is DISMISSED AS MOOT.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 3rd day of December, 2009.

_____
JAMES T. TRIMBLE
UNITED STATES DISTRICT JUDGE